IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE GOODSON,

    Petitioner,

v.                                                  4:22cv395–WS/HTC

RICKY D. DIXON,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 17) docketed May 10, 2023. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as time-barred. Petitioner has filed objections (ECF No. 20) to the magistrate judge's report and recommendation.

Upon review of the record, the undersigned has determined that the magistrate judge's timeliness calculations are correct. Because Petitioner's petition for writ of habeas corpus was untimely when filed, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 17) is hereby ADOPTED and incorporated by reference into this order.

2. Respondent's motion to dismiss (ECF No. 12) is GRANTED.

3. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED with prejudice as time-barred.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice as time-barred."

5. A certificate of appealability is DENIED.

6. The clerk shall close the case.

DONE AND ORDERED this ___11th___ day of __July__, 2023.


                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE